FOYE, Respondent, v. SIMON et al., Appellants.

No. 7559; October 22, 1883.

**Venue—Right of Nonresident to Change.**—A person sued in a state court in a county other than that of his residence is, on proper application being made, entitled to a change of venue.

APPEAL from Superior Court, Fresno County.

Tupper & Tupper for respondent; Jno. C. Burch for appellants.

By the COURT.—The defendants were entitled to an order changing the place of trial to the city and county of San Francisco, their place of residence: Cooke v. Pendergast, 9 Pac. C. L. J. 755.

Order reversed and cause remanded, with instruction that an order be made, transferring the cause to the superior court of the city and county of San Francisco.

---

COUNTY OF MERCED v. TURNER et al.

No. 8239; October 23, 1883.

**Bond—Execution and Delivery.**—When the execution of a bond sued upon is not denied in the answer, the question of delivery is not before the court on appeal.

By the COURT.—We are of opinion that inasmuch as the execution of the bond sued on is not denied in the answer, the question as to delivery is not before us in this cause.

We find no error in the record and the order is affirmed.

Judgment affirmed.